

## LITTMAN KROOKS LLP

655 Third Avenue
New York, NY 10017
P 212.490.2020
F 212.490.2990

www.littmankrooks.com

300 Westage Business Center Drive
Fishkill, NY 12524
P 845.896.1106
F 845.896.1107

*Of Counsel*
Solkoff Legal
2605 West Atlantic Avenue
Delray Beach, FL 33445
P 561.733.4242
F 561.733.4232

399 Knollwood Road
White Plains, NY 10603
P 914.684.2100
F 914.684.9865

*Marion M. Walsh*
*Attorney*

March 24, 2015

**Via ECF and Fax: 212.805.0426**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    **Letter Application for Briefing Schedule**
       M.B. v. New York City Department of Education
       Case 1:14-cv-03455; SRO Decision No. 13-223

Dear Judge Swain:

Our office represents the Plaintiffs in the above referenced action. At the Court conference on February 26, 2015, the Petitioners informed the Court know that we would request submitting additional evidence. To follow up from the conference, I am writing to respectfully request that the Court approve the following briefing schedule, as agreed to by the parties in discussions:

Plaintiff's Motion and Supporting Memorandum of Law to Submit Additional Evidence would be due April 8, 2015. The Defendant's Motion in Opposition and Supporting Memorandum of Law would be due April 29, 2015. The parties will then stipulate to a briefing schedule, after your Honor has rendered a decision on the Motion to Submit Additional Evidence.

To facilitate this new schedule, we also respectfully request adjourning the conference scheduled for April 16th at 2:30, at least two weeks.

Please also note that the Parties participated in a conference call with Magistrate Judge Frances on Tuesday, March 17, 2015. Judge Francis was satisfied that we had exhausted our settlement discussions and understood that we needed to proceed to litigation.

Honorable Laura Swain
March 24, 2015
Page 2

Thank you for your facilitation and consideration.

Very truly yours,

Marion M. Walsh

Cc: Lyssa Sampson, Esq.
    Attorney for Respondent
    M.B., Petitioner